UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SANTOS PETER MURILLO, | CASE NO. C25-2238JLR |
| Petitioner, | ORDER |
| v. | |
| UNITED STATES OF AMERICA, | |
| Respondent. | |

Before the court is *pro se* Petitioner Santos Peter Murillo's amended motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255. (2255 Mot. (Dkt. # 1).) Mr. Murillo asks the court to appoint counsel to represent him in this matter. (*Id.* at 7.) In the related criminal proceeding, Respondent the United States of America (the "Government") also asked the court to appoint counsel for Mr. Murillo. (*See* Mot. to Recharacterize at 1, 3-4, *United States v. Murillo*, No. CR16-0113JLR (W.D. Wash. Sept. 30, 2025), Dkt. # 177 ("In light of the non-frivolous issue raised by Murillo, the

ORDER - 1

government respectfully requests that counsel be appointed to represent him in future proceeds on the redesignated motion.").)

A district court may appoint counsel in a case brought under § 2255 at any time in the "interest of justice." 18 U.S.C. § 3006A(a)(2)(B); *Weygandt v. Look*, 718 F.2d 952, 954 (9th Cir. 1983); *Terrovona v. Kincheloe*, 912 F.2d 1176, 1181 (9th Cir. 1990). In determining whether to appoint counsel, "the district court must evaluate the likelihood of success on the merits as well as the ability of the petitioner to articulate his claims pro se in light of the complexity of the legal issues involved." *Weygandt*, 718 F.2d at 954. Here, given that both parties request counsel be appointed, and the Government agrees that Mr. Murillo has "raised a non-trivial issue as to whether his original sentence in this matter should be vacated" (Dkt. # 177 at 3), the court concludes that appointment of counsel is warranted in this matter.

Accordingly, the court ORDERS as follows:

1. The Federal Public Defender shall provide counsel for Mr. Murillo in the instant case;

2. Within thirty (30) days of appointment of counsel, the parties shall file a joint status report in which they address whether an amended 28 U.S.C. § 2255 motion will be filed, and a proposed schedule for briefing.

Dated this 14th day of November, 2025.

JAMES L. ROBART
United States District Judge

ORDER - 2