UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SANTOS PETER MURILLO,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　　Respondent. | CASE NO. C25-2238JLR<br><br>ORDER |

On December 16, 2025, the parties filed a joint status report in which they asked the court to set a deadline for Petitioner Santos Peter Murillo to file an amended 28 U.S.C § 2255 motion and a schedule for the parties to brief the motion. (JSR (Dkt. # 7).) The court GRANTS the parties' motion and sets the following briefing schedule:

1. Mr. Murillo shall file his amended 28 U.S.C § 2255 motion by no later than **July 17, 2026**;

2. Respondent United States of America shall file its response to Mr. Murillo's 28 U.S.C § 2255 motion by no later than **August 28, 2026**; and

ORDER - 1

3.  Mr. Murillo shall file his reply to the 28 U.S.C § 2255 motion by no later than **September 25, 2026**.[1]

Dated this 16th day of December, 2025.

_____
JAMES L. ROBART
United States District Judge

---

[1] The court will set a hearing, if warranted, after briefing for the motion is complete.

ORDER - 2