The Honorable James L. Robart

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SANTOS PETER MURILLO,

Petitioner,

v.

UNITED STATES OF AMERICA,

Respondent.

NO. C25-2238-JLR

**~~[PROPOSED]~~ ORDER AMENDING BRIEFING SCHEDULE**

This matter comes before the Court on the parties' stipulated motion to amend the briefing schedule regarding Murillo's *Second Amended Petition* (Dkt. 16). Specifically, the parties request that the due date for the Government's response be extended to December 17, 2026, with Petitioner's reply to be filed no later than January 15, 2027.

The parties are requesting this five-week extension of the briefing schedule so that they can continue to explore the possibility of narrowing the issues to be litigated in this matter—to include the possibility of the filing of an amended Petition that could moot an argument by the Government that the gatekeeping provision of 28 U.S.C. § 2255(h) applies to Murillo's Petition.

The Court finds good cause for the parties' joint request, and it is therefore ordered that the due date for the Government's response to Murillo's *Second Amended Petition* (Dkt. 16) is extended to December 17, 2026, with any reply by Petitioner to be filed no later than January 15, 2027.

IT IS SO ORDERED.

DATED this 10th day of November, 2026.

HON. JAMES L. ROBART
U.S. DISTRICT COURT JUDGE

Presented by:

*s/ Joseph C. Silvio*
JOSEPH C. SILVIO
Assistant United States Attorney